UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**MARK GRIGSBY, ET AL**               CIVIL ACTION NO. 5:18-cv-00537

**VERSUS**                            JUDGE TERRY A. DOUGHTY

**BARKSDALE FEDERAL CREDIT UNION, ET AL**    MAG. JUDGE MARK L. HORNSBY

**J U D G M E N T**

For the reasons set forth in the Ruling of the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that all claims of Plaintiffs Mark Grigsby and Darita Grigsby against all defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all counterclaims of Defendants and Plaintiffs-in-Counterclaim Lake Pointe Homeowners Association, Inc., James Ronald Clements, Cindy Clements and Seth Winterer against Plaintiffs Mark Grigsby and Darita Grigsby are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all counterclaims of Defendants and Plaintiffs-in-Counterclaim Teresa Hall, Patrick Gullatt, and Barksdale Federal Credit Union against Plaintiffs Mark Grigsby and Darita Grigsby are **DISMISSED WITHOUT PREJUDICE**.

Monroe, Louisiana, this the 6th day of December, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE